IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

BAIS CHAYA ESTHER INC, et al.

        Plaintiffs,

vs.

TOWN OF WAWARSING, NEW YORK

        Defendant.

Civ. No. 1:21-cv-01326 (DNH/CFH)

## DISCLOSURE STATEMENT

The undersigned counsel for Camp Mesifta, Inc., certifies that this party is a non- governmental corporate party that:

___ This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

OR

_x_ This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Eric W. Treene
Signature of Attorney

Eric W. Treene
Name of Attorney

December 10, 2021
Date

Storzer & Associates, P.C.
Name of Firm

1025 Connecticut Ave. N.W. Suite 1000
Address

Washington, D.C. 20036
City/State/ZIP Code