IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BAIS CHAYA ESTHER INC, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> TOWN OF WAWARSING, N.Y. <br><br> Defendant. | 1:21-cv-01326 (DNH/CFH) <br><br><br> **JOINT STIPULATION FOR REVISED SCHEDULING ORDER** |

Plaintiffs, Bais Chaya Esther, Inc., Birchos Shomayim of Kasho, Inc., Bnos Jerusalem D'Chasidei Belz, Inc., Camp Mesifta, Inc., Congregation Machneh Rav Tov, Inc., New York Bota Sefer & Mesiftas Inc., Talmud Torah Ohel Yochanan, Talmud Torah Ohr Moshe, and Yeshiva Beth Yitzchok D'Spinka, and Defendant, the Town of Wawarsing, N.Y., by their respective counsel, hereby move this Honorable Court for entry of a Revised Scheduling Order:

1. The Plaintiffs filed the Complaint in this matter on December 10, 2021 (ECF No. 1) and the Defendant filed a Motion to Dismiss on February 4, 2022 (ECF No. 26).

2. Plaintiffs seek to amend their complaint in lieu of responding to the Motion to Dismiss, and the last date to do so as of right under Fed. R. Civ. P. 15 (a)(1)(B) is February 25, 2022. Defendant has consented to the Plaintiffs filing an amended complaint by March 11, 2022. Fed. R. Civ. P. 15(a)(2). Plaintiffs have consented to allow Defendant 28 days to answer the amended complaint or file a motion to dismiss the amended complaint.

3. The parties have conferred and mutually request that this Court enter this Joint Stipulation and stipulated relief as follows:

a. The Plaintiffs shall have until March 11, 2022 to file an amended complaint.

b. Defendant shall have 28 days after the filing of Plaintiffs' amended complaint to respond to the amended complaint.

c. The Court shall continue the Initial Conference scheduled for March 10, 2022 until a date after May 2, 2022.

Dated: February 16, 2022

Respectfully submitted,
By: /s/    Crystal Peck
CRYSTAL R. PECK, Bar No. 514375
JOHN W. BAILEY, Bar No. 101069
BAILEY, JOHNSON & PECK, P.C.
Pine West Plaza, Suite 507
Washington Avenue Extension
Albany, NY 12205
Tel: 518.456.0082
CRPeck@baileyjohnson.com
jwbailey@baileyjohnson.com

Attorneys for Defendant

By: /s/ Eric Treene
ERIC W. TREENE, Bar No. 703229
ROMAN P. STORZER, pro hac vic
STORZER & ASSOCIATES, P.C.
1025 Connecticut Ave. NW,
Suite 1000
Washington, DC 20036
Tel: 202.857.9766
treene@storzerlaw.com
storzer@storzerlaw.com

JONATHAN GROSS pro hac vice
STORZER & ASSOCIATES, P.C.
9433 Common Brook Road
Suite 208
Owings Mills, MD, 21117
Tel: 410.559.6325
gross@storzerlaw.com

Attorneys for Plaintiffs

IT IS SO ORDERED:

_____
David N. Hurd
U.S. District Judge

Dated: 2-17-2022